**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BURTON W. WIAND, as Receiver for
VALHALLA INVESTMENT PARTNERS,
L.P.; VIKING FUND, LLC; VIKING IRA
FUND, LLC; VICTORY FUND, LTD.;
VICTORY IRA FUND, LTD., and SCOOP
REAL ESTATE, L.P.,

       Plaintiff,                  Case No.:  8:10-cv-97-T-17MAP

v.

GREGG WEINBERG, as Trustee of the
COMMONWEALTH RADIOLOGY, PC
PROFIT SHARING PLAN,

       Defendant.

_____/

**RECEIVER'S MOTION FOR DISMISSAL WITH PREJUDICE**
**BASED ON COMPLETION OF SETTLEMENT**

     Burton W. Wiand, as Receiver, by and through his undersigned counsel, hereby files

this Motion for Dismissal with Prejudice Based on Completion of Settlement and states as

follows in support:

     1.     In relevant part, the Receiver was appointed by the Court in *Securities and*

*Exchange Commission v. Arthur Nadel et al*, Case No. 8:09-cv-87-T-26TBM (M.D. Fla.) (the

"SEC Action"), as the Receiver for Scoop Real Estate, L.P.; Valhalla Investment Partners,

L.P.; Victory IRA Fund, LTD.; Victory Fund, LTD.; Viking IRA Fund, LLC; and Viking

Fund, LLC, and all of their subsidiaries, successors, and assigns (collectively, the "Hedge

Funds") by Orders dated January 21, 2009, June 3, 2009, January 19, 2010, September 23,

2010, October 29, 2012, and March 7, 2013  (*See* Case No. 8:09-cv-87-T-26TBM, Docs. 8, 140, 316, 493, 935, and 984).

2.       By a Complaint filed January 13, 2010, the Receiver sued Gregg Weinberg, as Trustee of the Commonwealth Radiology, PC Profit Sharing Plan (the "Defendant") to recover sums received from the Hedge Funds with a view to marshaling assets for an eventual distribution to investors with verifiable claims in an equitable and appropriate manner.

3.       A settlement was reached with Defendant and was approved by the Court in the SEC Action (*see* Case No. 8:09-cv-87-T-26TBM, Order approving settlement (Doc. 1095)).  Defendant has completed the terms of the settlement.

WHEREFORE, the Receiver moves the Court to dismiss all of the claims in this case with prejudice.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 13, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**s/Michael S. Lamont**
Gianluca Morello, FBN 034997
Email: gmorello@wiandlaw.com
Michael S. Lamont, FBN 0527122
Email: mlamont@wiandlaw.com
WIAND GUERRA KING P.L.
5505 West Gray Street
Tampa, FL  33609
Tel: (813) 347-5100
Fax: (813) 347-5198

*Attorneys for the Receiver, Burton W. Wiand*
